**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THOMAS JORDAN,<br><br>  Plaintiff,<br><br>v.<br><br>SYNCHRONY BANK, EXPERIAN INFORMATION SOLUTIONS, INC. AND TRANS UNION, LLC,<br><br>  Defendants. | Case No: 1:24-cv-02833-DG-JAM<br><br>**NOTICE OF SETTLEMENT AS TO EXPERIAN INFORMATION SOLUTIONS, INC.** |

Now comes the Plaintiff THOMAS JORDAN by and through counsel, to provide notice to the Court that the present cause has been settled between the Plaintiff and Experian Information Solutions, Inc. only, and state:

1. A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiff have received the consideration required pursuant to the Agreement, the parties will submit a Notice of Voluntary Dismissal *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences as they pertain to Experian Information Solutions, Inc. .

1

3. We respectfully request the Court provide that the parties may seek to reopen the matter for forty-five (45) days to assure that the Agreement is executed and that all terms of settlement have been consummated.

DATED: May 14, 2024

**SANDERS LAW GROUP**

By: ___/s/ Nicola C. Richards___
Nicola C. Richards, Esq.
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: nrichards@sanderslaw.group
*Attorneys for Plaintiff*